IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 23-00797-ESL |
| LAURA MARGARITA SERRANO SANTANA | Chapter 13 |
| PLAINTIFF | ADV.PROC. 23-00055-ESL |
| VS | |
| HACIENDA SAN JOSE HOMEOWNERS ASSOCIATION | |
| DEFENDANT | FILED & ENTERED ON DEC/17/2024 |

ORDER AND NOTICE

A Status Conference is hereby scheduled for March 24, 2025 at 10:00 AM via Microsoft Teams Video & Audio Conferencing and/or Telephonic Hearings. All parties that wish to appear at the Microsoft Teams hearing must familiarize themselves and follow the Procedure for Remote Appearances, found on the homepage of our Website at https:\\prb.uscourts.gov.

The Clerk shall give notice to all parties in interest.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17 day of December, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge